

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-76,475-04

### EX PARTE KENNETH RAY FRELOW, Applicant

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NUMBER 1158422-D
### IN THE 176TH JUDICIAL DISTRICT COURT HARRIS COUNTY

*Per curiam. Alcala, J., not participating.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure,

the clerk of the trial court transmitted to this Court this application for writ of habeas corpus.

*Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of

aggravated assault with a deadly weapon and sentenced to ten years' imprisonment. The

First Court of Appeals affirmed his conviction. *Frelow v. State*, No. 01-09-00718-CR (Tex.

App.–Houston [1st] Nov. 4, 2010).

After a review of the record, we find that Applicant's first three claims regarding due process and mandatory supervision are without merit. Therefore, we deny relief.

Applicant's claim challenging the deadly weapon finding in his case was available at the time of his previous 11.07 applications, therefore is dismissed pursuant to TEX. CODE OF CRIM. PRO. Art. 11.07 § 4.

Filed: April 22, 2015
Do not publish